UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Plaintiff,

v.

KERN COUNTY SUPERIOR COURT, et al.,

    Defendants.

Case No. 14-cv-04440-WHO (PR)

**ORDER OF TRANSFER**

This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Kern County, which is in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge